UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

FERNANDO GONZALEZ-GUILLEN

MAGISTRATE JUDGE MASON

CRIMINAL COMPLAINT

CASE NUMBER: **08CR 593**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about February 11, 2008, in Geneva, Illinois, in the Northern District of Illinois, Eastern Division, FERNANDO GONZALEZ-GUILLEN, defendant herein,

> an alien, who had been previously deported and removed from the United States on or about January 19, 2000, subsequent to a conviction for commission of an aggravated felony, was present and found within the United States without previously having obtained the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security for reapplication for admission into the United States;

in violation of Title 8, United States Code, Sections 1326(a) and(b)(2); and Title 6, United States Code, Section 202(4). I further state that I am a Deportation Officer with the U.S. Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

FILED
JUL 2 5 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Complainant
Francisco Trevino
Deportation Officer, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

July 25, 2008            at Chicago, Illinois
Date                         City and State

MICHAEL T. MASON, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Francisco Trevino, being duly sworn, state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than seven (7) years. I am currently assigned to the Chicago, Illinois ICE Office.

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United States after such aliens have previously been lawfully deported from the United States.

3. I make this affidavit from personal knowledge based upon my participation in this investigation, review of immigration records, review of court records, and a review of the reports from my agency's files. I submit this affidavit for the limited purpose of establishing probable cause in support of a criminal complaint against FERNANDO GONZALEZ-GUILLEN. This affidavit does not contain all details or all facts of which I am aware relating to this investigation.

4. The defendant, FERNANDO GONAZLEZ-GUILLEN, is a citizen of Mexico who is not a legal permanent resident or a citizen of the United States.

5. I have reviewed the ICE service file for FERNANDO GONZALEZ-GUILLEN, alien registration number A038-102-321. GONZALEZ-GUILLEN was deported on January 19, 2000, following a conviction for an aggravated felony, namely, possession with intent to distribute multi-kilogram quantities of marijuana, a controlled substance, in violation of 21

U.S.C. §841. GONZALEZ-GUILLEN was convicted of this offense on or about December 14, 1995, in the United States District Court for the Southern District of Texas. GONZALEZ-GUILLEN was sentenced to 60 months of imprisonment.

6.  On or about March 24, 2004, GONZALEZ-GUILLEN was convicted in the United States District Court for the Northern District of Illinois, in case number 03 CR 792, for being an alien who had previously been deported and removed from the United States, in violation of 8 U.S.C. §1326(a) and (b)(2). He was sentenced to serve 46 months imprisonment in the United States Bureau of Prisons. GONZALEZ-GUILLEN was subsequently deported on or about January 16, 2007.

7.  On or about April 11, 2008, the Chicago Police Department found GONZALEZ-GUILLEN present in the United States, here in the Northern District of Illinois. GONZALEZ-GUILLEN's file contains no evidence that he applied for or received the express consent of the Attorney General or Secretary of Homeland Security for reapplication for admission into the United States.

8.  On June 24, 2008, fingerprints from the April 11, 2008, arrest by the Chicago Police Department were submitted into the ICE IDENT system. The fingerprints from the April 11, 2008, arrest match those fingerprints taken from GONZALEZ-GUILLEN during his deportation and removal proceedings in or about January 2000 and January 2007.

FURTHER AFFIANT SAYETH NOT

_____
Francisco Trevino
Deportation Officer
U.S. Immigration and Customs Enforcement


Subscribed and sworn to before me
on this  25th  day of July, 2008.

_____
Michael T. Mason
United States Magistrate Judge