# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 593 - 1 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. Fernando Gonzalez-Guillen | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Fernando Gonzalez-Guillen.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | rbf |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 25 PM 4:29
FILED